ANNE KEARNS (SBN 183336)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 SANSOME STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94104
Attorneys for: NBC UNIVERSAL INC.,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: NBC UNIVERSAL INC.,

| Invoice No. | PROOF OF SERVICE | Case No. CV-08-80087 MISC SI |
|---|---|---|

1. I served copies of the:
   a. SUBPOENA IN A CIVIL CASE & SCHEDULE A
   b. by serving: ___ Defendant  X  Other (name and title or relationship to person served): Elizabeth Ojeda, Receptionists Authorized to Accept Service on Behalf of You Tube, Inc.,
   c.  X  by delivery     ___ at home     X  at business
      (1) date: MAY 2, 2008
      (2) time: 11:00 A.M.
      (3) address: 901 Cherry Avenue, San Bruno, CA 94066
      (4) Manner of service: PERSONAL SERVICE
2. At the time of service, I was at least 18 years of age and not a party to this action.
3. Witness Fees: Not demanded or paid
4. Person serving: TOSHINORI KAWASE
   a. Fee for service:
   b. Registered California Process Server Registration No. 969
   c. County: SAN FRANCISCO
   d. Expires:
5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: MAY 6, 2008

_____
TOSHINORI KAWASE

TOSHI'S LEGAL CONNECTION 3701 Sacramento Street, #269, San Francisco, CA 94118 (415) 722-8715