ANNE KEARNS (SBN 183336)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 SANSOME STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94104
Attorneys for: PARAMOUNT PICTURES CORP.,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: PARAMOUNT PICTURES CORP.,

| Invoice No. | **PROOF OF SERVICE** | Case No. CV-08-80087 MISC SI |
|---|---|---|

1.  I served copies of the:

    a.  SUBPOENA IN A CIVIL CASE & SCHEDULE A

    b.  by serving: ___ Defendant   _X_ Other (name and title or relationship to person served):
        Elizabeth Ojeda, Receptionists Authorized to Accept Service on Behalf of You Tube, Inc.,

    c.  _X_ by delivery           ___ at home           _X_ at business

        (1)  date: MAY 2, 2008
        (2)  time: 11:00 A.M.
        (3)  address: 901 Cherry Avenue, San Bruno, CA 94066
        (4)  Manner of service: PERSONAL SERVICE

2.  At the time of service, I was at least 18 years of age and not a party to this action.
3.  Witness Fees: Not demanded or paid
4.  Person serving: TOSHINORI KAWASE

    a.  Fee for service:
    b.  Registered California Process Server Registration No. 969
    c.  County: SAN FRANCISCO
    d.  Expires:

5.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: MAY 6, 2008

_____
TOSHINORI KAWASE

TOSHI'S LEGAL CONNECTION 3701 Sacramento Street, #269, San Francisco, CA 94118 (415) 722-8715